UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

KERRY SALAS DE LA MIYA,

        Petitioner,

v.

BRANCH COUNTY 3-A DISTRICT COURT et al.,

        Respondents.

Case No. 1:24-cv-287

Honorable Robert J. Jonker

_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED WITHOUT PREJUDICE** under the immediate custodian rule for lack of jurisdiction to proceed.

Dated:  November 4, 2024        /s/ Robert J. Jonker
                                                                 Robert J. Jonker
                                                                 United States District Judge